■ JENNY MATTHAU, Appellant, v MANUEL MIRABAL et al., Respondents.—Judgment, Supreme Court, New York County (Elliott Wilk, J.), entered on February 27, 1987, unanimously affirmed for the reasons stated by Elliott Wilk, J., without

costs and without disbursements. Concur—Murphy, P. J., Sandler, Sullivan, Milonas and Kassal, JJ.